UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CIENA CAPITAL LLC F/K/A BUSINESS LOAN EXPRESS, LLC, et al.,<br><br>                Debtors. | Case No. 08-13783 (AJG)<br><br>Chapter 11<br><br>Jointly Administered |
| CIENA CAPITAL LLC F/K/A BUSINESS LOAN EXPRESS, LLC,<br><br>                Plaintiff,<br><br>-against-<br><br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                Defendant. | Adversary Proceeding<br>No. 09-01931 (AJG)<br><br>**DECLARATION OF<br>BENJAMIN D. BLEIBERG<br><u>IN SUPPORT OF MOTION</u>** |

BENJAMIN D. BLEIBERG, hereby declares as follows:

1. I am an associate at the law firm Chadbourne & Parke LLP, counsel for the defendant Credit Suisse Securities (USA) LLC, and am duly admitted to practice before this Court. I make this declaration in support of the defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. Attached hereto as Exhibit A is the Credit Suisse Group AG's Form 20-F, as filed with the Securities and Exchange Commission on March 24, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

                                /s/ Benjamin D. Bleiberg  
                                    Benjamin D. Bleiberg

Dated: New York, New York  
        February 2, 2010